# MANDATE

D. Conn.
17-cv-2031
Bolden, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand nineteen.

Present:
   Dennis Jacobs,
   Susan L. Carney,
   Michael H. Park,
    *Circuit Judges*.

Jane Doe,
    *Plaintiff-Appellant*,

  v.              19-1760

Paychex, Inc.,
    *Defendant-Appellee*,

USI Insurance Services of Connecticut, Inc.,
USI Insurance Services LLC,
    *Defendants*.

Appellee moves to dismiss this appeal as, in relevant part, from a non-final order. Appellant, pro se, has filed two motions for leave to file a late opposition to Appellee's motion to dismiss. Appellee opposes the first of Appellant's motions, and Appellant moves to file a late reply to that opposition.

Upon due consideration, it is hereby ORDERED that Appellee's motion to dismiss is GRANTED and the appeal is DISMISSED because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). It is further ORDERED that Appellant's motions are DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court